UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MILEWSKI,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00057-ART-CSD

ORDER

Before this Court is Respondent's unopposed motion for a 60-day extension of time to file her response to the amended petition. (ECF No. 12 ("Motion for Extension").) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the request.

It is therefore ordered that the Motion for Extension (ECF No. 12) is granted. Respondent has up to and including October 26, 2026, to file her response.

DATED THIS 27th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE