UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MILEWSKI,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00057-ART-CSD

ORDER

Before this Court is Respondent's unopposed motion for a 27-day extension of time to file her response to the amended petition. (ECF No. 15 ("Motion").) This is Respondent's second request for an extension of this deadline. The Court finds that good cause exists to grant the request.

It is therefore ordered that the Motion (ECF No. 15) is granted. Respondent has up to and including October 29, 2026, to file her response.

DATED THIS 2nd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE