UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MILEWSKI,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00057-ART-CSD

ORDER

Before this Court is Petitioner Richard Milewski's unopposed motion for an extension of time to file his opposition to the motion to dismiss. (ECF No. 27 ("Extension Motion").) This is Milewski's first request for an extension of this deadline. The Court finds that good cause exists to grant the request.

Also before the Court is Respondent's motion to seal 3 exhibits surrounding Milewski's presentence investigation report. (ECF No. 23 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect safety, privacy, and personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the Extension Motion (ECF No. 27) is granted. Milewski's opposition (ECF No. 28) is considered timely filed.

It is further ordered that the Motion to Seal (ECF No. 23) is granted. Exhibits 94, 95, and 167A (ECF Nos. 24-1, 24-2, and 24-3) are considered properly filed under seal.

DATED THIS 18th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE